**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **SOPHIA PHEAP,** *as Administratrix, and Personal Representative of the Estate of* **CHANNARA PHEAP,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **No.: 3:20-cv-00387-PLR-DCP** |
| **CITY OF KNOXVILLE, TENNESSEE, CHIEF EVE M. THOMAS, Individually, DYLAN M. WILLIAMS,** *Individually,* **and JOHN and JANE DOES 1-5,** *Individually,* | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby recuses herself in this matter.

**IT IS SO ORDERED**.

ENTER:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**