UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SOPHIA PHEAP, ) | |
| ) | Case No. 3:20-cv-387 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF KNOXVILLE, TENNESSEE, *et al*., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Clifton L. Corker, United States District Judge, for all further proceedings.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**