IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SOPHIA PHEAP, as Administratrix and Personal Representative of the ESTATE OF CHANNARA PHEAP,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF KNOXVILLE, TENNESSEE, CHIEF EVE M. THOMAS, individually, DYLAN M. WILLIAMS, individually, and JOHN AND JANE DOES 1-5, individually,<br><br>      Defendants. | Case No. 3:20-cv-00387-DCLC-DCP |

## NOTICE OF WITHDRAWAL OF COUNSEL

Comes now attorney E. Jerome Melson, counsel for Defendant Dylan M. Williams, in his individual capacity, pursuant to E.D. Tenn. L.R. 83.4(f), and provides notice to the Court that he is withdrawing from the representation of Defendant Dylan M. Williams in this matter. Upon his withdrawal, Defendant Dylan M. Williams will continue to be represented by attorneys Gary M. Prince and John M. Kizer, who are counsel of record herein.

Respectfully submitted, this 28th day of January, 2021.

                                                      /s/ E. Jerome Melson
                                                    E. Jerome Melson (TN BPR #013340)
                                                    John M. Kizer (TN BPR #029846)
                                                    GENTRY, TIPTON & McLEMORE, P.C.
                                                    P.O. Box 1990
                                                    Knoxville, Tennessee 37901-1990
                                                    (865) 525-5300
                                                    Attorneys for Defendant Dylan M. Williams

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2021, the foregoing "Notice of Withdrawal of Counsel" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other counsel, if any, will be served by regular U.S. Mail. Counsel may access this filing through the Court's electronic filing system.

/s/ E. Jerome Melson
E. Jerome Melson (BPR #013340)