UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SOPHIA PHEAP, as Administratrix and Personal Representative of the ESTATE of CHANNARA PHEAP, </br></br> *Plaintiff,* </br></br> v. </br></br> CITY OF KNOXVILLE, TENNESSEE, a governmental entity, et al., </br></br> *Defendants.* | No. 3:20-cv-00387 </br></br> CORKER/POPLIN |

## NOTICE OF SERVICE

Plaintiff hereby provides this Honorable Court with notice that she has served Defendant Dylan M. Williams with his first set of interrogatories and requests for production of documents on April 7, 2021 via hand delivery (Mr. Kizer) and U.S. Mail, postage prepaid (Mr. Prince), respectively.

Respectfully submitted, this 8th day of April, 2021.

>*/s/ Lance K. Baker*
>Lance K. Baker
>**THE BAKER LAW FIRM**
>Bank of America Center
>Ste. 600, 550 Main Street
>Knoxville, TN 37902
>Tel: (865) 200-4117
>Fax: (865) 437-3370
>lance@lbakerlawfirm.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically through the Court's Electronic Filing System ("ECF"). Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt.

This 8th day of April, 2021.

Gary M. Prince
O'NEIL, PARKER & WILLIAMSON, PLLC
7610 Gleason Drive, Suite 200
Knoxville, TN 37919

John M. Kizer
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, TN 37901

Ronald E. Mills, Esq.
Deputy Law Director
CITY OF KNOXVILLE
400 Main Street, Suite 699
Knoxville, TN 37902
