# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| SOPHIA PHEAP, as Administratrix and Personal Representative of the ESTATE of CHANNARA PHEAP, ) ) ) ) ) *Plaintiff,* ) ) v. ) ) CITY OF KNOXVILLE, TENNESSEE, ) a governmental entity, et al., ) ) *Defendants.* ) | No. 3:20-cv-00387 CORKER/POPLIN |

## NOTICE OF SERVICE

Plaintiff hereby provides this Honorable Court with notice that she has served Defendant's City of Knoxville and Chief Eve M. Thomas with their first set of interrogatories and requests for production of documents on April 7, 2021 via hand delivery.

Respectfully submitted, this 8th day of April, 2021.

/s/ Lance K. Baker
Lance K. Baker
**THE BAKER LAW FIRM**
Bank of America Center
Ste. 600, 550 Main Street
Knoxville, TN 37902
Tel: (865) 200-4117
Fax: (865) 437-3370
lance@lbakerlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically through the Court's Electronic Filing System ("ECF"). Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt.

This 8th day of April, 2021.

Gary M. Prince
O'NEIL, PARKER & WILLIAMSON, PLLC
7610 Gleason Drive, Suite 200
Knoxville, TN 37919

John M. Kizer
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, TN 37901

Ronald E. Mills, Esq.
Deputy Law Director
CITY OF KNOXVILLE
400 Main Street, Suite 699
Knoxville, TN 37902
