IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES:** JURY TRIAL- DAY 1

Case No 3:20-CV-387    Date September 12, 2023    Time 9:22-11:09/11:21-12:00/1:32-3:10/3:27- 5:39

Style SOPHIA PHEAP vs. DYLAN M. WILLIAMS
================================================================================
**The Honorable CLIFTON CORKER, U.S. District Judge, Presiding**

Courtroom Deputy KIM OTTINGER                Court Reporter KAREN BRADLEY

**PARTIES**

**COUNSEL**

SOPHIA PHEAP                JOSHUA D. HEDRICK
Plaintiff
                            LANCE K. BAKER
vs.

DYLAN M. WILLIAMS           GARY M. PRINCE
Defendant
                            JOHN M. KIZER

                            NATHANIEL C. STRAND

================================================================================

Jury impaneled and sworn, as follows:

1. Juror No. #102    2. Juror No. #41    3. Juror No. #28    4. Juror No. #3
5. Juror No. #88     6. Juror No. #75    7. Juror No. #108   8. Juror No. #111

No. Jurors present  26    Seated  8    Challenged  18    NSSC  0

Jury instructions by the Court

Opening Statements

Witnesses sworn & placed under the rule

Introduction of evidence for Plaintiff begun

Jury trial is continued until   September 13, 2023 @ 9:00 a.m.