IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CIVIL MINUTES:   JURY TRIAL- DAY 3

Case No 3:20-CV-387    Date  September 13, 2023    Time 8:50-10:17/12:51/3:44-3:45

Style   SOPHIA PHEAP vs. DYLAN M. WILLIAMS

================================================================================

**The Honorable CLIFTON CORKER, U.S. District Judge, Presiding**

Courtroom Deputy KIM OTTINGER            Court Reporter KAREN BRADLEY

**PARTIES**                              **COUNSEL**

SOPHIA PHEAP                              JOSHUA D. HEDRICK
  Plaintiff                               LANCE K. BAKER
vs.

DYLAN M. WILLIAMS                         GARY M. PRINCE
Defendant
                                          JOHN M. KIZER

                                          NATHANIEL C. STRAND

================================================================================

Introduction of evidence for Defendant resumed and concluded

Jury charge conference held

Motion for judgment as matter of law – renewed

Jury charge held

Jury takes lunch from 1:00-2:00

Jury returns to start deliberations at 2:00

Jury returns with verdict in favor of defendant at 3:45