United States District Court
Eastern ~~Western~~ District
Exhibits Log: 3:20-CV-387
Sophia Pheap v. Dylan M. Williams, 9/12/2023

9-14-23

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-1 | Final Jury Charge | No | 9/14/2023 11:55 AM | 9/14/2023 11:55 AM |
| Court-2 | Verdict Form | No | 9/14/2023 11:56 AM | 9/14/2023 11:56 AM |
| Pla-1 | Channara Pheap Final Autopsy Report | No | 9/12/2023 4:55 PM | 9/12/2023 4:55 PM |
| Pla-2 | Williams Cruiser Video | No | 9/13/2023 11:34 AM | 9/13/2023 11:34 AM |
| Pla-3 | Taser Reports, Including | No | 9/13/2023 9:33 AM | 9/13/2023 9:33 AM |
| Pla-3-a | Pulse Log Graph | No | 9/13/2023 9:48 AM | 9/13/2023 9:48 AM |
| Pla-4 | Official Forensic Biology Report | No | 9/13/2023 9:08 AM | 9/13/2023 9:08 AM |
| Pla-5 | Photo of Dylan Williams with taser wire | No | 9/12/2023 3:33 PM | 9/12/2023 3:33 PM |
| Pla-5-a | Photo of taser probe from Dylan Williams taser | No | 9/12/2023 3:38 PM | 9/12/2023 3:38 PM |
| Pla-6 | Photo of taser probe from Dylan Williams's taser | No | 9/13/2023 1:50 PM | 9/13/2023 1:50 PM |
| Pla-9 | Photo of parking lot scene from pavement | No | 9/12/2023 2:47 PM | 9/12/2023 2:47 PM |
| Pla-10 | Photo of decedent and partial scene from the pavement | No | 9/12/2023 3:41 PM | 9/12/2023 3:41 PM |
| Pla-11 | Photo of hill and sidewalk from the scene | No | 9/12/2023 2:26 PM | 9/12/2023 2:26 PM |
| Pla-13 | Medical examiner photo of decedent | No | 9/12/2023 4:54 PM | 9/12/2023 4:54 PM |
| Pla-14 | Medical examiner photo of decedent's gunshot wound to the back | No | 9/12/2023 3:42 PM | 9/12/2023 3:42 PM |
| Pla-15 | Photos from google earth of scene | No | 9/12/2023 2:06 PM | 9/12/2023 2:06 PM |
| Pla-16 | Photo of parking spaces of scene | No | 9/12/2023 3:02 PM | 9/12/2023 3:02 PM |
| Pla-16-a | Photo of parking space with drawings | No | 9/13/2023 8:28 AM | 9/13/2023 8:28 AM |
| Pla-17 | Photo of Dyln Williams's taser | No | 9/12/2023 2:51 PM | 9/12/2023 2:51 PM |
| Pla-18 | Photo of blood trail at scene | No | 9/12/2023 2:50 PM | 9/12/2023 2:50 PM |
| Pla-20 | Scene Video | No | 9/13/2023 11:35 AM | 9/13/2023 11:35 AM |
| Pla-20-a | Probe | No | 9/13/2023 10:26 AM | 9/13/2023 10:26 AM |
| Pla-20-b | Wire | No | 9/13/2023 10:27 AM | 9/13/2023 10:27 AM |
| Pla-20-c | Knot | No | 9/13/2023 10:28 AM | 9/13/2023 10:28 AM |
| Pla-50 | Drawing of Suttles Map | No | 9/13/2023 1:48 PM | 9/13/2023 1:48 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-25-a | Photo of Williams (front).jpg | No | 9/12/2023 3:35 PM | 9/12/2023 3:35 PM |
| Def-25-j | Photo Blood Trail Evidence Markers A-E.jpg | No | 9/13/2023 1:42 PM | 9/13/2023 1:42 PM |
| Def-25-k | Photo Evidence Marker E.jpg | No | 9/13/2023 1:42 PM | 9/13/2023 1:42 PM |
| Def-25-u | Photo Evidence Markers P, O, E.jpg | No | 9/13/2023 1:43 PM | 9/13/2023 1:43 PM |
| Def-26 | Final Autopsy Report, with Color ME's Autopsy Photo.pdf | No | 9/12/2023 5:17 PM | 9/12/2023 5:17 PM |
| Def-38 | Officer Williams Taser Training Video.wmv | No | 9/13/2023 3:50 PM | 9/13/2023 3:50 PM |
| Def-40 | Chest X-Ray Image.pdf | No | 9/12/2023 5:15 PM | 9/12/2023 5:15 PM |
| Def-41 | KCSO Scene Diagram w Forensic Fact Sheets.pdf | No | 9/13/2023 1:38 PM | 9/13/2023 1:38 PM |