# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

SOPHIA PHEAP

V.

DYLAN M. WILLIAMS

**WITNESS LIST**

Case Number: 3:20-CV-387

| PRESIDING JUDGE<br>Clifton L. Corker | | PLAINTIFF'S ATTORNEY<br>Joshua Hedrick/Lance Baker | DEFENDANT'S ATTORNEY<br>Gary Prince/John Kizer/Nathaniel Strand |
|---|---|---|---|
| TRIAL DATE (S)<br>9/12/2023-9/14/2023 | | COURT REPORTER<br>Karen Bradley | COURTROOM DEPUTY<br>Kim Ottinger |
| PLA | DEF. | DATE OF TESTIMONY | WITNESSES |
| W | | 9/12/2023 | DYLAN WILLIAMS |
| | | | APRIL BARNARD |
| | | | PAULETTE BARNARD |
| | | | CHRISTOPHER LOCHMULLER, MD. |
| | | | |
| | | 9/13/2023 | DAY 2 |
| W | | | KIM LOWE |
| W | | | WILLIAM HARMENING |
| W | | | ROY TAYLOR, DR. |
| W | | | SOPHIA PHEAP |
| | W | | FRANCES SUTTLES |
| | W | | JAMES HURST, DET. |
| | W | | GEOFFREY THOR DESMOULIN, DR. |
| | W | | DYLAN WILLIAMS |
| | W | | CHRISTOPHER CHAPMAN, DR. |
| | | | DAY 3 |
| | W | | CHRISTOPHER CHAPMAN, DR. (RESUMED) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |