UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SOPHEA PHEAP, as Administratrix and )
Personal Representative of the Estate of )
CHANNARA PHEAP, )
                                                     )
        Plaintiff, )        3:20 CV 00387 DCLC-DCP
                                                     )
v. )
                                                       )
DYLAN M. WILLIAMS, )
                                                      )
        Defendant. )

## VERDICT FORM - LIABILITY

We, the jury, unanimously answer the question submitted by the Court as follows:

### 42 U.S.C. § 1983

1. Do you find that Plaintiff, Sophea Pheap, has proven by a preponderance of the evidence that Defendant, Dylan M. Williams, violated Channara Pheap's rights under the Fourth Amendment to be free from an unreasonable seizure of his person?

    Yes _____              No ✓_____

### Battery

2. Do you find that Plaintiff, Sophea Pheap, has proven by a preponderance of the evidence that Defendant, Dylan M. Williams, committed a battery on Channara Pheap?

    Yes _____              No ✓_____

9/14/23
Date

[Foreperson signature redacted]
Foreperson